No. 48, Misc.  WETZEL *v.* MISSISSIPPI, *ante,* p. 870. Motion for leave to file petition for rehearing denied.

DECEMBER 6, 1955.

No. 509.  LAWLOR ET AL., TRADING AS INDEPENDENT POSTER EXCHANGE, *v.* NATIONAL SCREEN SERVICE CORPORATION ET AL.  On petition for writ of certiorari to the United States Court of Appeals for the Third Circuit. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court.  *Francis T. Anderson* for petitioners. *Louis Nizer* for the National Screen Service Corporation, *Wm. A. Schnader, Bernard G. Segal* and *Edward W. Mullinix* for the Columbia Pictures Corporation et al., and *Louis J. Goffman* for the Warner Bros. Pictures Distributing Corporation, respondents.